SCHENCK, PRICE, SMITH & KING, LLP
Ira J. Hammer (IH-6734)
Franklin Barbosa, Jr. (FB-0858)
220 Park Avenue
Florham Park, NJ 07932
*Attorneys for Plaintiff*
*Scienna LLC*

| | |
|---|---|
| SCIENNA LLC<br><br>Plaintiff,<br><br>vs.<br><br>THE CORVUS GROUP, INC.<br><br>Defendant. | Case No. 2:18-cv-13061-MAS-JS<br><br>**ORDER ENTERING DEFAULT JUDGMENT FOR A SUM CERTAIN AGAINST DEFENDANT THE CORVUS GROUP, INC.** |

**THIS MATTER** on application of Schenck, Price, Smith & King, LLP, attorneys for plaintiff Scienna, LLC ("Scienna"), for an Order entering default judgment against Defendant The Corvus Group, Inc. ("Defendant") in the above-entitled action, and Defendant having failed to plead or otherwise defend this action in a timely manner, and default having heretofore been entered against Defendant on October 15, 2018 for its failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and Defendant being liable to Scienna for a sum certain, and Scienna having filed declarations setting forth the amount due and stating that Defendant is not in the military service or an infant or incompetent person;

{02011705.DOCX;1 }

**IT IS**, on this 8th day of Novemeber, 2018,

**ORDERED** that default judgment shall be entered in favor of Scienna and against Defendant in the amount of $99,912.20, constituted as follows:

a) $97,501.38 due and owing to Scienna for services rendered to Defendant from November 10, 2017 through March 31, 2018;

b) $2,410.82 in pre-judgment interest, calculated as follows:

    a. November 10, 2017 to December 31, 2017 at 2.5% = $340.59;

    b. January 1, 2018 to November 7, 2018 at 2.5% = $2,070.23; and

c) Any and all post-judgment interest as may accrue hereafter; and it is

**FURTHER ORDERED** that a copy of this Order be served upon all parties and counsel of record.

<br>

                                                 s/Karen McGonigle, Deputy Clerk
                                                 District Court for the District of New Jersey